UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
PALMORE, CHIKETA                           Case No.  09-41554 SW
                                           Chapter 7
                                           HON. WALTER SHAPERO.DETROIT

_____ Debtor(s). _____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Town & County Court Reporting | #3 | $4.82 |

Dated: April 13, 2010                      */s/ Karen E. Evangelista (P36144)*
                                           KAREN E. EVANGELISTA, Trustee
                                           903 N. Opdyke, Suite A
                                           Auburn Hills, MI  48326
                                           (248) 276-2533
                                           Kee1008_tee@sbcglobal.net